1  Thomas P. Riley Esq SBN 194706
   Law Office of Thomas P. Riley PC
2  1114 Fremont Avenue
   South Pasadena, Ca 91030
   Phone; 626-799-9797
3  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,          )
                                      )
        Plaintiff,       vs.          )   Case No.: 2:15-03312-WDK-PLA
                                      )
Darius S. Farrelly, et al             )   **RENEWAL OF JUDGMENT BY CLERK**
                                      )
        Defendants.                   )
                                      )

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendants Darius S. Farrelly individually and d/b/a Roof Top 3100 a/k/a Club Monte Cristo and The Executainment, LLC an unknown business entity d/b/a Roof Top 3100 a/k/a Club Monte Cristo, entered on January 21 2016, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 43,000.00 |
| b. | Costs and fees after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **43,000.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **43,000.00** |
| f. | Interest after judgment (.015%) | $ | 580.50 |
| g. | Fee for filing renewal of application $ | | 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | | $ 43,580.50 |

Dated: January 14, 2026          CLERK, by Deputy  _Evelyn Syaagwe_

Renewal of Judgment